UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MICHAEL MILES, Individually,

      Plaintiff,

v.

BUDGET LUXURY INN OF TRAVERSE CITY, LP., a Michigan Limited Partnership,

      Defendant.

Case No. 1:12-cv-1289

**Judge Gordon J. Quist**

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated June  28 , 2013 ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

2. The Court retains jurisdiction over this matter to enforce the terms Settlement Agreement.

Dated:  July 11, 2013

    /s/ Gordon J. Quist
U.S. DISTRICT JUDGE

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

Signatures:

| | |
|---|---|
| *Counsel for Plaintiff:* | *Counsel for Defendant:* |
| \s\ Owen B Dunn Jr/ | /s/ Kurt M. Bowden |
| Owen B. Dunn, Jr., Esq. (P66315) | Kurt M. Bowden (P35936) |
| Law Office of Owen B. Dunn, Jr. | Bowerman, Bowden, Ford, Clulo & Luyt, P.C. |
| 520 Madison Ave., Suite 330 | 620-A Woodmere |
| Toledo, OH 43604 | TraverseCity,Michigan49686 |
| (419) 241-9661 – Phone | Ph. 231.941.8048 |
| (419) 241-9737 – Facsimile | Fax 231.941.8192 |
| dunnlawoffice@sbcglobal.net | bowden@traverselaw.com |

Kurt M. Bowden
Digitally signed by Kurt M. Bowden
DN: cn=Kurt M. Bowden, o=Bowerman, Bowden, Ford, Clulo & Luyt, P.C., ou, email=bowden@traverselaw.com, c=US
Date: 2013.06.28 11:17:10 -04'00'